# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JEREMY DOMINICK, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 1:19-CV-01645-MLB-LTW |
| SYSCO ATLANTA, LLC, | § § § § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Jeremy Dominick ("Dominick" or "Plaintiff") and Defendant Sysco Atlanta, LLC ("Sysco" or "Defendant") file this Joint Motion to Dismiss with Prejudice.

All matters and things in controversy herein between Plaintiff and Defendant have been resolved. As part of the resolution, the parties request that the Court dismiss Plaintiff's claims against Defendant with prejudice to the re-filing of same.

As evidenced by the signatures of the attorneys on this Motion, this Motion is agreed upon by the parties. A proposed Order is attached.

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1D AND 5.1C

Pursuant to Local Rules 7.1D and 5.1C, the undersigned counsel hereby certifies that the foregoing document complies with the requirements as to font and has been prepared in Times New Roman, 14 point.

*/s/ James Radford*
James Radford
Georgia Bar No. 108007
Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
(678) 271-0302
james@decaturlegal.com

**Counsel for Plaintiff**

*/s/ Peter J. Stuhldreher*
Peter J. Stuhldreher*
Texas Bar No. 24056393
Reed Smith LLP
811 Main Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
pstuhldreher@reedsmith.com

s/ David R. Anderson
Patrick L. Ryan
Georgia Bar No. 269833
pryan@fordharrison.com
David R. Anderson
Georgia Bar No. 368564
danderson@fordharrison.com
Ford & Harrison LLP
271 17th Street, N.W., Suite 1900
Atlanta, GA 30363
Phone: (404) 888-3800
Facsimile: (404) 832-8728

**Counsel for Defendant**

*Admitted *Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEREMY DOMINICK, | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | §  NO. 1:19-CV-01645-MLB-LTW |
| SYSCO ATLANTA, LLC, | § |
| | § |
| Defendant. | § |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2019, a true and correct copy of the foregoing document was served on the following counsel of record via the Court's CM/ECF system:

James Radford
Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia  30030

                                                             */s/ David R. Anderson*
                                                             David Anderson

WSACTIVELLP:10739311.1