# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEREMY DOMINICK, | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | §   NO. 1:19-CV-01645-MLB-LTW |
| SYSCO ATLANTA, LLC, | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Jeremy Dominick ("Dominick" or "Plaintiff") and Defendant Sysco Atlanta, LLC ("Sysco" or "Defendant"), by and through their attorneys of record, have requested that the Court dismiss Plaintiff's claims against Defendant with prejudice to the re-filing of same. After having reviewed the pleadings and papers on file herein, and noting that the Motion is agreed by all parties, the Court enters the following Order:

**IT IS ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims and causes of action against Defendant are hereby dismissed with prejudice to the re-filing of same.

**IT IS FURTHER ORDERED** that all costs of court, including attorneys' fees, be taxed against the party incurring same.

This resolves all matters between all parties and is a final Order disposing of the lawsuit.

**SO ORDERED** this 22nd day of August, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE